Marco Simons (SBN 237314)
marco@earthrights.org
Richard L. Herz
rick@earthrights.org
Michelle C. Harrison
michelle@earthrights.org
Marissa A. Vahlsing
marissa@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188

Attorneys for Non-Party Amazon Watch

FILED
2013 FEB 25 P 1: 47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF CALIFORNIA

CV 13 80 038 MISC   CRB

| | |
|---|---|
| CHEVRON CORP., | Case No. |
| Plaintiff, | DECLARATION OF ATOSSA SOLTANI |
| v. | |
| STEVEN DONZIGER, et al. | |
| Defendants. | |

Case No.                    DECLARATION OF ATOSSA SOLTANI

# DECLARATION OF ATOSSA SOLTANI

I, Atossa Soltani, hereby declare as follows:

1. I am over the age of 18 and am competent to make this declaration.

2. I have personal knowledge of all matters set forth in this declaration, except where such facts are stated based on information and belief, and those facts I believe to be true. If called upon to do so, I could and would testify to all matters set forth herein.

3. I am currently, and have been since its founding, the Executive Director of Amazon Watch, a nonprofit organization.

4. According to its bylaws, a true and correct copy of which are attached hereto as Exhibit A, Amazon Watch has as its officers a President, Chair, Treasurer, and Secretary, and other such officers as the Board of Directors may appoint. My position of Executive Director and the position of Vice-President are the only other officers in addition to these positions set forth in the bylaws.

5. Leila Salazar-Lopez is not an officer of Amazon Watch. The President is Jeff Mendelsohn, the Chair is Richard Wegman, the Treasurer is Andrew Beath, and the Vice-President and Secretary is Michelle Chan. Nor is Ms. Salazar-Lopez a member of Amazon Watch's Board of Directors.

6. Ms. Salazar-Lopez is Amazon Watch's Program Director. Although her position entails responsibility for implementing some of Amazon Watch's substantive activities, Ms. Salazar-Lopez is not authorized to sign legal papers or accept legal documents on behalf of Amazon Watch.

7. Ms. Salazar-Lopez is not authorized to sign checks or sign contracts on behalf of the organization.

8. According to the bylaws, the Executive Director is "the chief financial officer and the chief administrative officer" of Amazon Watch. The position of Program Director is not mentioned in the bylaws.

9. Although Ms. Salazar-Lopez's title is as a "director," six of Amazon Watch's twelve staff members – fully half – have titles of director of one sort or another. This title does not indicate any authority to sign for legal documents or to engage with legal counsel.

10. Amazon Watch has been represented by legal counsel in several matters, including as a plaintiff for over five years in *Carijano v. Occidental Petroleum*, in which EarthRights International acts as

1

Case No. | DECLARATION OF ATOSSA SOLTANI

our counsel. Ms. Salazar-Lopez has not been a contact person for legal counsel representing Amazon Watch. I have always been the primary contact for all legal counsel; in my absence, Paul Paz y Miño, Amazon Watch's Operations Director, fills that role.

11. On November 28, 2012, I was not in the Amazon Watch office in San Francisco when the subpoena was delivered.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. Executed on February 23, 2013.

_____
Atossa Soltani

# EXHIBIT A

# Bylaws of
# Amazon Watch, Inc.

## ARTICLE I. OFFICES
The organization shall be incorporated in the State of Montana. The principal office of the corporation in the State of California shall be located in the City of San Francisco, County of San Francisco. The corporation may have such other offices, either within or outside of the States of Montana and California, as the Board of Directors may designate or as the business of the corporation may require from time to time.

## ARTICLE II. PURPOSE
The purposes for which the corporation is organized are as follows:
2.01. To protect and restore biological diversity and natural ecosystem integrity within any and all of the world's ecosystems, and to assist other organizations and individuals involved in similar efforts within said ecosystems.
2.02. To defend human rights and advance the collective rights of indigenous peoples and forest communities.
2.03. To undertake, proper and advisable activities for the accomplishment of the purpose described in paragraph 2.01, above, and to undertake all other actions incidental to it or affiliated with it that are not prohibited by the non-profit corporation statutes of the State of Montana by any other law, or by these Bylaws.

The purposes described in paragraphs 2.01, 2.02 and 2.03, above, are to the end that the corporation is organized exclusively for purposes within the scope of Section 501(c)(3) of the Internal Revenue Code of 1954 (or the corresponding provisions of any future United States Internal Revenue Law) which includes making distributions to organizations which are also exempt under Section 501(c)(3).

## ARTICLE III. NET EARNINGS
3.01 No part of the net earnings of the corporation shall inure to the benefit of or be distributed to its members, directors, officers or other private persons. The corporation shall, however, be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article II, hereof. Notwithstanding any of the provisions of these Bylaws, the corporation shall not conduct any other activities not permitted for a corporation or association exempt from federal income tax under Section 501(c)(3) of the Internal Revenue Code of 1954 (or the corresponding provisions of any future United States Internal Revenue Law).

## ARTICLE IV. BOARD OF DIRECTORS
4.01. GENERAL POWERS. The business and affairs of the corporation shall be vested in and managed by the Board of Directors.

4.02. NUMBER. AND TENURE The total number of directors of the corporation shall not exceed thirteen (13). Each director shall hold office for one or more terms until his/her successor shall have been selected and qualified

4.03. ELECTION AND TERM OF DIRECTORS. The Directors shall be selected at any time by a majority vote of the standing board members. Directors voted to the Board

shall hold post for a three-year term. Upon termination of the three-year term, board members may be selected for an additional three-year term by a majority vote of standing board members. There are no limits to the number of terms.

4.04 MEETINGS A regular meeting of the Board of Directors shall be held at least once per year. The place and time of each annual meeting shall be determined at the preceding annual meeting. The Board of Directors may provide, by resolution, the time and place of additional regular meetings without notice other than said resolution.

4.05. QUORUM. A majority of the directors, shall constitute a quorum for the transaction of business at any meeting of the board of directors.

4.06. <u>MAJORITY ACTION AS BOARD ACTION.</u> Every act or decision done or made by a majority of the directors present at a meeting duly held at which a quorum is present is the act of the board of directors, unless the articles of incorporations, these bylaws, or provisions of law require a greater percentage.

4.07. VACANCIES. The Board of Directors shall have authority to fill vacancies in its own membership.

4.08. REMOVAL. A director may be removed at anytime during his/her term by a majority vote of the standing board members or if he/she resigns.

## ARTICLE V. OFFICERS
5.01. NUMBER. The officers of the corporation shall be a President, a Chair, a Treasurer and a Secretary, each of whom shall be elected by the board of directors. Such other officers and assistant officers as may be deemed necessary may be elected or appointed by the Board of Directors. Any two or more officer positions may be held by the same person except the positions of President and Secretary.

5.02. ELECTION AND TERM OF OFFICE. The officers of the corporation shall be elected by the Board of Directors at each annual meeting to serve until the next annual meeting. Each officer shall hold office until his/her death or until s/he shall resign or shall have been removed in the manner described in paragraph 4.08 of Article IV.

5.03. VACANCIES. A vacancy of any position because of death, resignation, removal, disqualification, or otherwise, may be filled by a majority vote of the board of directors for the un-expired portion of the term.

5.04. PRESIDENT. The president shall have general oversight of the business of the organization; when present, preside at meetings of the board and of the members; see that orders and resolutions of the board are carried into effect. In general, s/he shall perform all duties incident to the office of President and such other duties as may be prescribed by the board of directors.

5.05. BOARD CHAIR. The board chair shall work directly with executive director, help set meeting agendas, create subcommittees, reach out to other board members to facilitate board decision making and act as spokesperson for the board.

5.06. TREASURER The treasurer or his/her designated appointee, currently the Executive Director shall:
    a) Have charge and custody of and be responsible for all funds and securities of the corporation;
    b) Receive and give receipts for moneys due and payable to the corporation from any source whatsoever, and deposit all such moneys in the name of the corporation in such banks, trust companies, or other depositories;
    c) In general, perform all duties incident to the office of treasurer and such other duties as may be assigned to him/her by the president or the board of directors.

5.07. SECRETARY The secretary shall keep and maintain the minutes of each meeting of the board of directors and see that all notices are duly given in accordance with these bylaws or as required by law and, in general, perform all duties incident to the office of Secretary and other such duties as may be assigned to him/her by the president or by the board of directors.

5.08. BOARD MEMBERS All board members will be responsible for rendering assistance, advice and guidance so as to advance the objectives of the corporation in accordance with the corporation's purpose as defined in Article II, above.

### ARTICLE VI. NON-DISCRIMINATION
6.01. No person shall be denied participation in the organization or be excluded from serving or being served by the organization because of race, color, gender, creed, sexual orientation, national ancestry, national origin, age, marital status or physical ability.

6.02. There shall be no discrimination on the basis of race, color, gender, creed, sexual orientation, national ancestry, national origin, age, marital status or physical ability with regard to hiring, assignment, promotion, or other conditions of staff employment, or with respect to members being selected for the board of directors.

### ARTICLE VII. PAID STAFF
7.01. The board of directors may appoint the executive director of the organization, fix their compensation, prescribe duties and terms of employment. The board shall comply with Article VI with regard to paid staff members.

7.01. EXECUTIVE DIRECTOR. The Executive Director appointed by the Board of Directors and shall be the chief financial officer and the chief administrative officer of the corporation and shall be empowered to hire staff and appoint assistants as necessary to ensure orderly operations. The Executive Director shall serve at the pleasure of the Board of Directors and in general supervise all aspects of the business affairs of the corporation. The Executive Director's performance evaluation shall be the responsibility of the Board of Directors.

### ARTICLE VIII. DISPOSITION OF ASSETS UPON DISSOLUTION
8.01. Upon dissolving the corporation, the board of directors shall, after paying or making provisions for the payment of all the liabilities of the corporation, dispose of all of the assets of the corporation exclusively for one or more exempt purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1954 (or the corresponding

provisions of any future United States Interval Revenue law), or distribute the assets to the federal, state or local government for a public purpose, as the board of directors shall determine. Any such assets not so disposed of, shall be disposed of by the district court in the county in which the principal office of the association is then located, exclusively for such purpose or purposes and to such organizations as said court shall determine are organized and operated exclusively for such purposes.

### ARTICLE IX. AMENDMENTS
9.01. These bylaws may be altered, amended or repealed, and new bylaws may be adopted by a three/fifths vote of present Directors at the annual meeting. No amendment shall be retroactive.

WRITTEN CONSENT OF DIRECTORS ADOPTING BYLAWS

Amended and adopted unanimously by the directors and the incorporators of Amazon Watch, Inc., on 12 day of December, 2009.

I, Atossa Soltani, certify that I am presently the duly elected and acting Secretary of Amazon Watch, a Montana nonprofit public benefit corporation, and that the above Amended and Restated Bylaws, consisting of four pages, are the Bylaws of this corporation.

*[signature]*

Atossa Soltani
Secretary

Date:   December 12, 2009