1   Marco Simons (SBN 237314)
    marco@earthrights.org
2   Richard L. Herz
    rick@earthrights.org
3   Michelle C. Harrison
    michelle@earthrights.org
4   Marissa A. Vahlsing
    marissa@earthrights.org
5   EARTHRIGHTS INTERNATIONAL
6   1612 K Street NW, Suite 401
    Washington, DC 20006
7   Telephone: (202) 466-5188

8   Attorneys for Non-Party Amazon Watch

9

10                    **UNITED STATES DISTRICT COURT**

11              **FOR THE NOTHERN DISTRICT OF CALIFORNIA**

12

13   CHEVRON CORP.,                    Case No. _____

14   Plaintiff,                        **DECLARATION OF PAUL PAZ Y MIÑO**

15          v.

16
     STEVEN DONZIGER, *et al.*
17

18   Defendants.

19

20

21

22

23

24

25

26

27

28

1       **DECLARATION OF PAUL PAZ Y MIÑO**

2       I, Paul Paz y Miño, hereby declare as follows:

3           1.    I am over the age of 18 and am competent to make this declaration.

4           2.    I have personal knowledge of all matters set forth in this declaration, except where such facts

5       are stated based on information and belief, and those facts I believe to be true. If called upon to do so, I

6       could and would testify to all matters set forth herein.

7           3.    I am currently the Online and Operations Director at Amazon Watch and until January 2013

8       had been the Managing Director since September 2007.

9           4.    On September 15, 2011, several staff members at Amazon Watch were notified that that their

10      personal email service providers had received a subpoena for information related to their email accounts

11      as part of the case, *Chevron Corporation v. Maria Aguinda Salazar, et al.*, in the U.S. District Court, Northern

12      District of California, Case No.11-cv-03718 (LAK) (Internal Ref. No. 153291). The subpoena sought

13      account identity information and account usage information, including IP address information, which

14      would show the dates and locations from which each account had been accessed. That subpoena request

15      subsequently became moot when the U.S Court of Appeals for the Second Circuit vacated the decision

16      of United States District Judge Kaplan in related proceedings.

17          5.    On September 18, 2012 various Amazon Watch staff, former staff, and contractors, as well as

18      many others not associated with Amazon Watch, received notifications that Chevron had again

19      subpoenaed email service providers seeking the same account information as in the September 2011

20      subpoena. A motion to quash the subpoenas issued to the email service providers was made on behalf

21      of more than 30 of the email addresses for which Chevron sought information. Those proceedings are

22      still underway. The movants have in that action have chosen to remain anonymous in order to protect

23      their First Amendment rights.

24          6.    On December 5, 2012, I was at the Amazon Watch office when Chevron Corporation

25      ("Chevron") attempted to serve a Subpoena Duces Tecum ("Subpoena") on Amazon Watch. A process

26      server came to the office looking for Thomas Cavanagh. I informed the server that Mr. Cavanagh was

27      traveling outside of the country at the time. The server then left.

28          7.    Two days later, on December 7, 2012, a process server again attempted to serve the Subpoena

1

1   Duces Tecum from Chevron. The server came to my house in the early morning as I was taking my
2   children to school, asked for me personally, and then served me. When I told the server that I wasn't
3   comfortable accepting the document since my name was not on it, and because my home was not
4   Amazon Watch, he drove away yelling "you have been served" while gesturing rudely.

5       8.   Amazon Watch is a nonprofit organization founded in 1996 to protect the rainforest and
6   advance the rights of indigenous peoples in the Amazon Basin. Amazon Watch partners with
7   indigenous and environmental organizations in campaigns for human rights, corporate accountability
8   and the preservation of the Amazon's ecological systems. Amazon Watch currently works in Ecuador,
9   Brazil, Peru, and Colombia.

10      9.   Amazon Watch currently has only twelve full-time staff.

11      10.  Amazon Watch is not a party to the underlying litigation in this case.

12      11.  As a non-profit environmental and indigenous rights advocacy organization, Amazon Watch
13  supports the cause of the more than thirty thousand indigenous people living in and around the
14  "Oriente" region of Ecuador—a region where Chevron's predecessor, Texaco, operated for more than
15  three decades utilizing substandard technology that lead to systematic pollution from multiple
16  sources on a daily basis. On information and belief, during that time, Texaco spilled millions of gallons
17  of crude oil, dumped billions of gallons of toxic wastewater into nearby rivers and streams, and
18  abandoned hazardous waste in hundreds of unlined open-air pits littered throughout the Oriente region.

19      12.  Amazon Watch believes that the pollution caused by Texaco in the Oriente was one of the
20  worst environmental disasters in history.

21      13.  Since 2002, Amazon Watch has been involved in activism concerning Chevron's
22  environmental legacy in Ecuador. Our role in such campaigns has been, and continues to be, to support
23  the affected communities in achieving justice in Ecuador, which the communities have defined as
24  obtaining: 1) a full remediation of contaminated sites; 2) potable water; and 3) funds for health care.

25      14.  Amazon Watch's advocacy campaign related to Chevron is focused on educating the public
26  on the legacy of environmental and rights abuses in Ecuador by Chevron/Texaco, informing Chevron
27  shareholders of the company's ethical responsibility to the ecosystems and people of Ecuador and the
28  financial risks of failing to resolve this outstanding liability, and urging the company and its directors to

1   accept responsibility for their actions and fund a full scale clean-up in compliance with the requests of
2   the affected communities.

3       15. The Chevron Ecuador litigation is just one of several different avenues the affected
4   communities have employed in the efforts to obtain justice. As part of its advocacy, Amazon Watch has
5   worked to draw attention to the litigation and the Ecuadorian judgment, highlighting it in the court of
6   public opinion, and informing Chevron's shareholders of the risk it may pose to their investment.

7       16. Amazon Watch undertakes this work through the Clean Up Ecuador Campaign, launched in
8   December 2002. This is the only campaign Amazon Watch has that is specifically focused on Chevron's
9   activities in Ecuador. Chevron's involvement in Ecuador has, however, become a case study in
10  corporate malfeasance, and a bellwether for corporate responsibility that Amazon Watch uses as an
11  example in many other campaigns. Amazon Watch also has several other campaigns in Ecuador related
12  to new oil drilling by several other companies that are not focused on Chevron.

13      17. Amazon Watch is also part of a worldwide network called the True Cost of Chevron
14  Network, which is focused on Chevron's activities in many countries.

15      18. The backbone of Amazon Watch's advocacy campaigns is information and education.
16  Amazon Watch often serves as a bridge between communities in the Amazon Basin and the decision-
17  makers involved in extractive industry or infrastructure projects that pose significant ecological or socio-
18  cultural risk. Much of Amazon Watch's advocacy work begins when an affected community asks for
19  support. Thereafter, Amazon Watch investigates the status and impact of a given project, and then
20  utilizes a variety of strategies to educate and influence decision makers--be that a government, a private
21  company, its board, and/or shareholders, a financier of said project, or the general public.

22      19. On a routine basis, Amazon Watch organizes rallies, marches, and protests. Amazon Watch
23  frequently produces information for the public aimed at raising awareness--this includes press releases,
24  blogs, tweets, photo essays, videos, and other content that is disseminated widely and daily. Amazon
25  Watch produces a newsletter for our supporters as well as a newsletter aimed at the investor community.
26  Amazon Watch also produces online petitions and actions, and provides background documents and
27  analysis on specific projects and general threats to the Amazon. Additionally, Amazon Watch
28  coordinates fact-finding delegations to regions where we work for supporters, journalists and

1    shareholders of companies, including Chevron.

2        20. As a small non-governmental organization (NGO), we frequently work in coalition with other
3    NGOs, community groups, religious organizations, student groups, concerned investors and the socially
4    responsible investment community. There is not a single campaign in which Amazon Watch works in
5    isolation.

6        21. At any given time, Amazon Watch has a variety of active advocacy campaigns involving
7    several countries, companies, banks, and/or policies. Many of these campaigns share a common
8    strategy blueprint which, were it to be revealed, would in effect keep Amazon Watch from carrying out
9    its mission. Revealing that blueprint would do no less than divulge Amazon Watch's campaign
10   playbook to those it is trying to influence, greatly compromising the effective execution of Amazon
11   Watch's strategies. It would also severely chill debate and the exchange of information on the industrial
12   threats to the Amazon and human rights abuses often associated with said threats.

13       22. Revealing these strategies and activities would also potentially put Amazon Watch staff at risk
14   of personal injury when traveling in foreign countries by revealing the how, when, where, and what
15   Amazon Watch does, to governments (many of whom are the targets of its campaigns) and third party
16   actors with questionable human rights records in often lawless areas.

17       23. Amazon Watch takes careful steps to keep its campaign blueprint secret, recognizing the harm
18   to its campaigns, and potentially to its staff, that could come should they be revealed to governments or
19   corporations, particularly to those about which Amazon Watch has voiced the most criticism.

20       24. In addition to its "blueprint," Amazon Watch takes great pains to keep confidential
21   organizational work plans, strategy documents, campaign memos and calendars, grant proposals, and
22   grant reports, all of which, if revealed to the public, would diminish Amazon Watch's effectiveness as an
23   organization.

24       25. Revealing Amazon Watch's strategies and activities, including those internal to campaigns
25   conducted with our partners, would also have a chilling effect on the communities with whom it works.
26   Were it to be known that information given to Amazon Watch would be turned over to an opponent
27   like Chevron, and possibly end up shared with the Ecuadorian government or any other corporate actor
28   or host country, it would keep those communities from sharing information with Amazon Watch, and

1 | even dissuade them from speaking up and denouncing rights abuses in the first place.

2 |     26. Revealing Amazon Watch's internal communications, including those internal to campaigns
3 | conducted with our partners, would also greatly hinder AW's ability to generally carry out its campaigns.
4 | It would open up private strategy discussions, donor information, even internal disagreements that could
5 | be unfairly exploited by industries and policy makers that Amazon Watch's advocacy campaigns have
6 | targeted. Revealing internal communications would chill the open, free communication and exchange of
7 | ideas that an organization needs to have among its staff and partners. Employees would not be able to
8 | feel free to voice opinions, share strategies, brainstorm, or talk openly about our campaigns, indigenous
9 | partners, government officials, or corporations if this information would be turned over to Chevron
10 | and/or become public.

11 |     27. In this regard, Amazon Watch is no different from Chevron, whose vast public relations
12 | campaign regarding the Ecuadorian Amazon would surely be harmed if its strategies were to be revealed
13 | to Chevron's opponents.

14 |     28. As a not-for-profit organization, Amazon Watch is dependent upon contributions and
15 | donations to operate. In 2011, Amazon Watch had a total income of $2,109,598, total expenses of
16 | $1,957,597 and net assets of $608,274.

17 |     29. About thirty-five percent of Amazon Watch's income comes from individual donors, some of
18 | whom wish to remain anonymous.

19 |     30. About sixty-five percent of Amazon Watch's income comes from foundations. Several of
20 | those foundations require, in their grant agreements, to remain anonymous.

21 |     31. Amazon Watch takes careful steps to comply with the wishes of donors and funders who wish
22 | to remain anonymous. The names of such anonymous donors and funders are only listed on an internal
23 | document, kept only for internal use, and their names are never disclosed to the public. These names are
24 | also not listed in the annual report.

25 |     32. Amazon Watch has several funders/contributors who would cease to donate to or fund
26 | Amazon Watch if they knew their involvement in Amazon Watch's work would be known to Chevron
27 | or to others. This is particularly true in the case of shareholder activists who take an interest in
28 | Chevron's social responsibility. Should Chevron gain access to such information about Amazon Watch's

1    contributors and funders, it would certainly chill future financial support for the organization.

2         33. Amazon Watch also has a large number of supporters who do not donate, but do take actions
3    and support its campaigns in other ways. Many of those are online petitions, and many supporters have
4    explicitly asked to remain anonymous, or to keep their email addresses private. Amazon Watch may
5    ultimately publish a news release that references the number of people, in the aggregate who took
6    action, but we do not publish peoples' names, emails, or other private information.

7         34. The support and goodwill that Amazon Watch receives from those who support its petitions
8    and initiatives is an intangible asset that is critical to the organization's success. Since 2002, Amazon
9    Watch has collected over one hundred thousand signatures in petitions and online actions directed to
10    Chevron. Amazon Watch collected approximately thirty thousand additional signatures in the last year.
11    Additionally, at the end of 2011, Amazon Watch had approximately fifty thousand people on its e-mail
12    list. This year, Amazon Watch has one hundred and eighty thousand. Amazon Watch also has nearly
13    fifty thousand Facebook followers; nearly twenty thousand Twitter followers and nearly twenty
14    thousand in "Causes" supporters, which includes a Chevron Campaign Cause.

15         35. This type of support for Amazon Watch would be significantly chilled if supporters knew
16    their support might become known to Chevron, or become public knowledge. It would significantly
17    reduce the number of people who support Amazon Watch's campaigns and take action. In fact, some
18    of Chevron's own employees have joined Amazon Watch on petitions and actions. Obviously, they
19    would not want their identities to be revealed to their employer, and would withdraw, or rethink future
20    support, if they knew their support could become known.

21         36. I also have reason to believe that Amazon Watch's donors and ally organizations also feel
22    harassed by Chevron tactics. On information and belief, Amazon Watch's donors and ally organizations
23    have received letters condemning the Ecuador litigation, the affected plaintiff communities, and the
24    country of Ecuador, written by an attorney paid by Chevron. The intent of the letter, as indicated by its
25    content and to whom it was addressed, was clearly aimed at cutting off Amazon Watch's financing.

26         37. The harassment that Amazon Watch and its donors already feel would only be exacerbated if
27    Chevron obtained internal communications and strategy documents of Amazon Watch, as well as
28    communications with ally organizations, investors, and affected communities in Ecuador.

Case No.          **DECLARATION OF PAUL PAZ Y MIÑO**

1    38. Not only does Chevron's desire for information exact staff time and resources of what is
2  already a small, understaffed and underfinanced organization, it also sends a chilling message that limits
3  and censors ability of the group to carry out its mission, and for staff to properly do the jobs they've
4  been hired for. It creates a 'big brother' feeling--that everything that is said, written or sent, will be
5  turned over to a company we are critical of, which inherently has a limiting affect on the staff and our
6  supporters.

7    39. Furthermore, with at least one Amazon Watch staffer and one contractor in Ecuador, turning
8  over these documents to Chevron could put these individuals in harm's way.  On information and
9  belief, Ecuador has a poor human rights record, and there has been a long history of threats,
10  intimidation, robberies, and abuses that Amazon Watch has reason to believe are related to the litigation
11  against Chevron and to Amazon Watch's campaign. On information and belief, these threats,
12  intimidation, robberies and abuses have targeted both affected communities and those who support
13  them, *e.g.*, civil society NGOs, family, the legal team, among others. While Chevron no longer has any
14  large assets in Ecuador, its legal and security team have a significant presence in Lago Agrio (Nueva Loja
15  - Sucumbios province). Lago Agrio, where both an Amazon Watch staffer and contractor spend
16  significant time, is some ten miles south of the Colombian border. Lago Agrio itself has some of the
17  highest rates of violence in Ecuador, and is included in UK and U.S. State Department travel warnings.
18  http://www.fco.gov.uk/en/travel-and-living-abroad/travel-advice-by-country/south-america/ecuador;
19  http://travel.state.gov/travel/cis_pa_tw/cis/cis_1106.html#safety.

20    40. Amazon Watch believes that, were Chevron to obtain any information on the plans and
21  whereabouts of Amazon Watch staffers and contractors, that the information could be used by its
22  security team to harass or intimidate staff; that information might also be passed on to third parties
23  (gangs, private assassins, drug cartels, Colombian armed actors such as the ELN (National Liberation
24  Army of Colombia), FARC (Armed Revolutionary Forces of Colombia), or Paramilitaries groups) that
25  operate in the region that could do the same or worse. Kidnappings, assassinations, are rampant in Lago
26  Agrio, where a "hit" can be bought for several hundred dollars.

27    41. Amazon Watch knows of, and has at times been the target of, Texaco and Chevron's long
28  histories with intimidating and/or threatening critics of the company, plaintiffs/supporters of the

1   litigation, and participants in the campaign. Furthermore, Chevron's ties with the Ecuadorian military
2   are well documented (on information and belief, Chevron employees stayed on the Rayo 64 military
3   base during the early years of the Lago Agrio trial), as is the poor human rights record of the Ecuador's
4   military.

5      42. Should Chevron gain access to the information it seeks, Amazon Watch believes that it would
6   use this information against Amazon Watch to hamstring their lines of funding.

7      43. Amazon Watch has not had an easy time funding the Chevron Ecuador campaign. Although
8   Amazon Watch has received financial support in waves over the years, some years we have funded this
9   campaign minimally with funds from our general support portfolio. This makes the likely chilling of
10  current and potential future funder's support for the campaign all the more significant should Amazon
11  Watch be forced to give Chevron access to our campaign blueprint and files. Such an impact on its
12  funding could be fatal to Amazon Watch's efforts against Chevron, and potentially to the organization
13  as a whole.

14     44. If Amazon Watch were ordered to comply with the subpoena as currently written, we estimate
15  it would take at least six months to search for, pull together, and produce all of the information Chevron
16  seeks over the past decade. This is due to the minimal staff resources and funding, and the large volume
17  of material that would need to be turned over due to the breadth of Chevron's requests.

18     45. We have no centralized back up of our documents and materials. Documents requested are in
19  multiple formats (cd, external hard drive, photos, video in various formats that would probably require
20  media transfer) and scanning of hard copy files. In some cases, given the broadness of the requests,
21  compliance might require that about six Amazon Watch staff turn over their hard drives in their entirety.

22     46. Amazon Watch asked 12 staff members (and two consultants with Amazon Watch email
23  addresses) to search 14 computers and over 15 email accounts for files, documents, and email
24  conversations that might be responsive to the subpoenas broad requests. The search terms used were
25  "Chevron" or "Trillium" or "Cabrera" or "Frente" or "cvx" or "Selva Viva."

26     47. The compiled results for a search on the hard drives indicate there were at least 46, 878
27  potentially responsive documents and files.

28     48. The compiled results for email searches show at least 32,727 emails that were potentially

8

1  responsive.

2      49. In addition, our preliminary search has turned up multiple external hard drives with well over

3  5 terabytes of data, mostly multimedia, as well as additional older computers and hard drives no longer

4  in use that contain an unknown quantity of related files. A search of boxes containing case-related

5  materials in the Amazon Watch San Francisco office produced 14 file boxes full of materials related to

6  Chevron.

7      50. These numbers are most likely underestimates, as there are other backups of older systems on

8  spindles of CD's in our Malibu office, which we have not yet been able to go through.

9

10     I declare under penalty of perjury of the laws of the United States and the State of California that

11  the foregoing is true and correct. Executed on February 23, 2013.

12

13

14                                        Paul Paz y Miño

15                                        _____

16                                        Paul Paz y Miño

17

18

19

20

21

22

23

24

25

26

27

28

                                    9
Case No.            **DECLARATION OF PAUL PAZ Y MIÑO**