Marco Simons (SBN 237314)
marco@earthrights.org
Richard L. Herz
rick@earthrights.org
Michelle C. Harrison
michelle@earthrights.org
Marissa A. Vahlsing
marissa@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188

Attorneys for Non-Party Amazon Watch

FILED 2013 FEB 25 P 1:47 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

RECEIVED 2013 FEB 25 P 1:56 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF CALIFORNIA

CV 13 80 038 MISC CRB

| | |
|---|---|
| CHEVRON CORP., <br> Plaintiff, <br> v. <br> STEVEN DONZIGER, *et al.* <br> Defendants. | Case No. _____ <br> **DECLARATION OF LEILA SALAZAR-LOPEZ** |

DECLARATION OF LEILA SALAZAR-LOPEZ

## DECLARATION OF LEILA SALAZAR-LOPEZ

I, Leila Salazar-Lopez, hereby declare as follows:

1. I am over the age of 18 and am competent to make this declaration.

2. I have personal knowledge of all matters set forth in this declaration, except where such facts are stated based on information and belief, and those facts I believe to be true. If called upon to do so, I could and would testify to all matters set forth herein.

3. I am currently the Program Director at Amazon Watch, a nonprofit organization. My position of Program Director is neither a "director" in the sense of being on the Board of Directors of Amazon Watch nor an officer of the organization.

4. I have never understood my position to include authority to sign legal documents on behalf of Amazon Watch, and have never represented to anyone that I have such authority.

5. In the evening of November 28, 2012, as I was leaving the Amazon Watch office for the day, a bike messenger came and delivered a documents subpoena to me. To my knowledge, this was the first time that any attempt had been made to serve this subpoena.

6. I have read the declaration of the process server that states that I identified myself when he asked if anyone was authorized to accept service, and that states "When I asked if she was authorized, she responded, 'yes, I guess.'"

7. This is not a true account of my exchange with the messenger. I did not identify myself in response to a question about who was authorized to accept service. Instead, I was called over to the messenger by our administrative associate, who initially received him.

8. I never indicated to the messenger that I had authority to sign for the subpoena. Instead, I told him that no officer was then present in the office.

9. When the messenger asked if I could sign for it, I told him, "I don't really want to accept and sign, but I guess I have to."

///
///
///
///

Case No.     **DECLARATION OF LEILA SALAZAR-LOPEZ**

1

1  10. Prior to November 28, 2012, I had never communicated with counsel for Amazon Watch.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct. Executed on February 21, 2013.

*Leila S. Salazar*
Leila Salazar-Lopez