FILED

RECEIVED

2013 FEB 25 P 1:54

2013 FEB 25 P 1:56

RICHARD W. WIEKING
LERK. U.S. DISTRICT COURT
NTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.

1   Marco Simons
    marco@earthrights.org
2   Richard L. Herz
    rick@earthrights.org
3   Michelle C. Harrison
    michelle@earthrights.org
4   Marissa A. Vahlsing
    marissa@earthrights.org
5   EARTHRIGHTS INTERNATIONAL
    1612 K Street, Suite 401
6   Washington, DC 20006
    Telephone: (202) 466-5188
7
8
9   Attorneys for Amazon Watch

**CRB**

UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF CALIFORNIA

CV 13 80 038MISC

| CHEVRON CORP., | ) | Case No. _____ |
|---|---|---|
| Plaintiff, | ) | **DECLARATION OF KEVIN KOENIG IN SUPPORT OF NON-PARTY AMAZON WATCH'S MOTION TO QUASH SUBPOENA DUCES TECUM** |
| v. | ) | |
| STEVEN DONZIGER, *et al.* | ) | |
| Defendants. | ) | |

DECLARATION OF KEVIN KOENIG

**DECLARATION OF KEVIN KOENIG**

I, Kevin Michael Koenig, hereby declare as follows:

1.    I am over the age of 18 and am competent to make this declaration.

2.    I have personal knowledge of all matters set forth in this declaration. If called upon to do so, I could and would testify to all matters set forth herein.

3.    I am currently the Ecuador Program Coordinator at Amazon Watch.

4.    Shortly after I joined Amazon Watch in 2001, Amazon Watch received a request from the Amazon Defense Coalition and indigenous communities affected in the provinces of Sucumbios and Orellana to take up a campaign related to the environmental damage.

5.    Amazon Watch formally launched the Clean up Ecuador campaign in 2002. The goal of this campaign was to help the victims, of what we believed and continue to believe to be an environmental and human rights crime, obtain the three things that were essential to them: (1) a clean up, (2) potable water, and (3) funds for health care. Thus, Amazon Watch sought to apply public pressure on Chevron to achieve this.

6.    Amazon Watch was never, and is not, a party to the suit. Amazon Watch will not receive any monetary compensation from the lawsuit, nor would it want to receive such compensation.

7.    Amazon Watch has no role in litigating the case and has always focused its efforts on campaigns, advocacy, and raising awareness of the LAP's underlying claims regarding the pollution. When Amazon Watch began the campaign, the case was stalled in federal court in New York, and, it was due in part to this, that Amazon Watch began the campaign. Amazon Watch felt there needed to be a different, non-legal avenue that could help the affected communities seek the relief and justice they urgently needed and deserved. Obviously, the *Aguinda* litigation has generated evidence and headlines that Amazon Watch has sought to use in our attempt to push Chevron to do what we believe -- and the Ecuadorian courts have agreed-- is the right thing: to clean up the contamination that places the lives and health of the indigenous communities in the area at risk.

8.    Although it no longer has assets in Ecuador, Chevron continues to have a substantial presence in Ecuador and maintains significant influence among the oil industry and government.

1

          DECLARATION OF KEVIN KOENIG

1      9.    As the Ecuador Program Coordinator for Amazon Watch, I spend a considerable amount

2  of time in Ecuador. I have regularly witnessed, and frequently felt first hand, the atmosphere of

3  intimidation that Chevron, its contractors and its security personnel have created in Ecuador. I

4  frequently travel to Lago Agrio, the hub of Chevron's former concession and site of the *Aguinda v.*

5  *Chevron* litigation. Chevron's presence there is ubiquitous. Given the limited lodging options in Lago

6  Agrio, I often stay in the same hotel as Chevron personnel. I have experienced instances in which

7  company security and/or personnel have moved closer to my table at the hotel restaurant when all

8  other tables were empty, lingered at the front desk while I've taken phone calls, checked out, and

9  awaited transportation. These actions instill me with a fear and belief that Chevron is watching and

10  monitoring my activities.

11      10.  I believe that Chevron is watching and surveilling me because I work for Amazon Watch

12  and work on the Clean Up Ecuador Campaign in particular.

13      11.  Throughout the years, Amazon Watch staff, supporters, and other allies have been

14  repeatedly harassed by Chevron in relation to their campaign activities on this matter. At annual

15  meetings, AW staff and former staff who were legitimate proxy holders have been denied access and

16  arrested, I believe, at Chevron's instigation, even though they had the necessary documentation to

17  enter the meetings.

18      12.  I have been the target of Chevron's harassment on a number of occasions. I have been

19  followed, videotaped, photographed, and surveilled around Lago Agrio, I believe, by Chevron or its

20  agents. During judicial inspections in the *Aguinda v. Chevron* proceedings I was intimidated and

21  physically blocked from recording a public inspection by Chevron personnel. During every inspection

22  I attended Chevron and/or its agents were openly hostile. To this day, I continue to feel that Chevron

23  or its agents monitor my movements, meetings, and actions in and around Lago Agrio. Due to

24  Chevron's long history of power and influence in Ecuador and the precedent of harassment of the

25  plaintiffs--several members of the legal team are under precautionary measure from the Inter-

26  American Human Rights Commission, and the brother of the lead council was assassinated--Chevron's

27  hostility, harassment, and intimidation make me fearful for my safety.

28

Case No.                     DECLARATION OF KEVIN KOENIG

13.   Chevron has a major presence in the San Francisco Bay Area, where the AW office is located. Chevron is one of the biggest employers and campaign contributors in the area. As a result of this asymmetrical power, Chevron exerts immense pressure. Our ability to speak freely about the Chevron campaign within the San Francisco Bay Area has already been chilled. For fear of retaliation from Chevron and the political influence it has in the region, we have changed our messaging significantly and at times we have felt like we could not say anything about the company at all for fear of the consequences. We view Chevron's attempts to criminalize our activism as one such repercussion.

14.   I already feel as if I'm living and working under Chevron's microscope, which would be further exacerbated if Chevron were to gain access to my communications and documents. I feel it would greatly comprise my ability to carry out my work with Amazon Watch, and I already feel as though I give up or compromise basic First Amendment freedoms in order to be able to do my job. Disclosing this information to Chevron would absolutely change how I would conduct work, not only on the Clean up Ecuador Campaign, but also on virtually every other area of my work.  It would compromise our advocacy strategies, compromise the safety of some of our indigenous partners, and severely limit our ability to speak out and educate the general public about Amazon issues as per our mission.  And it would greatly hinder even basic communication within Amazon Watch about Chevron or our other campaigns knowing that the target of our campaigns would potentially be privy to our thinking, planning, and strategizing.

15.   I fear Chevron would use this information contained in my communication and documents to harass or intimidate me, or even pass it along to third parties that operate in the region that could do the same or worse. I am particularly concerned about my personal safety and that of my family in Ecuador. Ecuador has a poor human rights record, and a long history of threats, intimidation, robberies and abuses against the affected communities and those that support them—including civil society NGOs, family, and the legal team involved in the litigation against Chevron and related activism. It is an unbearable weight and fear to feel that Chevron or third parties would literally have access to everything I've written or communicated about Chevron during my work activities, particularly when I am traveling in remote and sometimes lawless areas of high violence.

3

1    16.  My concern is all the more heightened by the fact that on several occasions, much of the

2    information Chevron has obtained through discovery from others has somehow become already

3    public. This intensifies my concern that information could fall into the hands of the wrong people,

4    jeopardizing my physical safety and that of my family.

5

6    I declare under penalty of perjury of the laws of the United States and the State of California that

7    the foregoing is true and correct. Executed on February 24, 2013.

8

9

10

11

12

13

14

15

16                                    Kevin Michael Koenig

17

18

19

20

21

22

23

24

25

26

27

28

4

Case No.              DECLARATION OF KEVIN KOENIG