Marco Simons [SBN #237314]
marco@earthrights.org
Richard Herz
rick@earthrights.org
Michelle Harrison
michelle@earthrights.org
Marissa Vahlsing
marissa@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188
Facsimile: (202) 466-5189

FILED
2013 FEB 25  P 1:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Non-Party Amazon Watch

UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF CALIFORNIA

**CRB**

| | |
|---|---|
| CHEVRON CORP., | CV 13 Case No. 80 038 MISC |
| Plaintiff, | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| STEVEN DONZIGER, *et al.* | [Civ. L. R. 3-12] |
| Defendants. | |

Non-party Amazon Watch has filed a motion to quash a documents subpoena as well as a motion to enlarge time to respond to a deposition subpoena; both subpoenas were issued by Chevron Corporation. Pursuant to Civil Local Rule 3-12, Amazon Watch hereby identifies the following matter

1

1  in this Court which concern substantially the same parties, property, transaction, or events as the
2  motion to quash: *Chevron Corp. v. Donziger et al.*, No. 12-mc-80237 CRB (NC) (N.D. Cal). That case was
3  filed by a number of non-party Does, and seeks to quash subpoenas issued by Chevron in connection
4  with the same case as Amazon Watch's motions, *Chevron Corp. v. Donziger, et al.*, No. 11-CV-0691
5  (LAK) (S.D.N.Y.) (hereinafter the "RICO action"). The RICO action is a suit that alleges that lawyers,
6  plaintiffs and consultants conspired to obtain a fraudulent judgment against Chevron in Lago Agrio,
7  Ecuador (the "Lago Agrio litigation"). The Does' motion was related to Judge Breyer, and referred to
8  Magistrate Judge Cousins, due to the fact that these judges currently have before them several
9  discovery actions under 28 U.S.C. § 1782 relating to the Lago Agrio litigation.

It is likely that there will be unduly burdensome duplication of labor and expense or the risk of conflicting results if the Amazon Watch motions and the Does' motion are conducted before different judges. *See* Civ. L. R. 3-12(a). Both motions concern subpoenas issued in connection with the RICO action. As Judge Breyer and Magistrate Judge Cousins are already familiar with many of the operative facts, relating this matter will conserve judicial and party resources and expedite the proceedings.

Pursuant to Civil Local Rules 3-12 and 7-11, Amazon Watch contacted Chevron regarding their position on this motion; counsel for Chevron confirmed that they intend to file the same motion.

February 25, 2013

Respectfully submitted,

EARTHRIGHTS INTERNATIONAL

Marco B. Simons (SBN 237314)
marco@earthrights.org
Richard L. Herz
rick@earthrights.org
Michelle C. Harrison
michelle@earthrights.org
Marissa A. Vahlsing
marissa@earthrights.org
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188

*Counsel For Non-Party Amazon Watch*