Marco Simons (SBN 237314)
marco@earthrights.org
Richard L. Herz
rick@earthrights.org
Michelle C. Harrison
michelle@earthrights.org
Marissa A. Vahlsing
marissa@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188

Attorneys for Non-Party Amazon Watch

FILED

2013 FEB 25 P 1: 42

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## FOR THE NOTHERN DISTRICT OF CALIFORNIA

**CRB**

CHEVRON CORP.,

Plaintiff,

v.

STEVEN DONZIGER, *et al.*

Defendants.

CV Case No. 13 80 038 MISC

**PROOF OF SERVICE**

# PROOF OF SERVICE

I am employed in Washington, the District of Columbia, and am a member of the bar of this Court. I am over the age of 18 and not a party to the within action; my business address is 1612 K Street NW #401, Washington, DC 20006.

On February 25, 2013, I served the foregoing documents described as:

1. **ADMINISTRATIVE MOTION TO ENLARGE TIME FOR NON-PARTY AMAZON WATCH TO RESPOND TO DEPOSITION SUBPOENA; DECLARATION OF MARCO SIMONS; DECLARATION OF ATOSSA SOLTANI; DECLARATION OF PAUL PAZ Y MIÑO**
2. **[PROPOSED] ORDER ENLARGING TIME FOR NON-PARTY AMAZON WATCH TO RESPOND TO DEPOSITION SUBPOENA**
3. **NOTICE OF MOTION AND MOTION OF NON-PARTY AMAZON WATCH TO QUASH AND/OR MODIFY SUBPOENA DUCES TECUM; MEMORANDUM OF POINTS AND AUTHORITIES**
4. **DECLARATION OF MARCO SIMONS**
5. **DECLARATION OF ATOSSA SOLTANI**
6. **DECLARATION OF PAUL PAZ Y MIÑO**
7. **DECLARATION OF LEILA SALAZA-LOPEZ**
8. **DECLARATION OF KEVIN KOENIG**
9. **[PROPOSED] ORDER GRANTING NON-PARTY AMAZON WATCH'S MOTION TO QUASH AND/OR MODIFY SUBPOENA**
10. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
11. **[PROPOSED] ORDER RELATING CASES**

on counsel for Chevron Corporation by transmitting true copies thereof via electronic mail to:

Ethan Dettmer
EDettmer@gibsondunn.com
Enrique Monagas
EMonagas@gibsondunn.com
Aimee Halbert
AHalbert@gibsondunn.com
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105

Counsel for Chevron Corporation has agreed to accept service by electronic mail.

Executed on February 25, 2013, at Washington, the District of Columbia.

Marco Simons

1