1  ETHAN DETTMER, SBN 196046
   edettmer@gibsondunn.com
2  ENRIQUE A. MONAGAS, SBN 239087
   emonagas@gibsondunn.com
3  AIMEE M. HALBERT, SBN 279144
   ahalbert@gibsondunn.com
4  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street
5  San Francisco, California 94105-0921
   Telephone: 415.393.8200
6  Facsimile: 415.393.8306

7  *Attorneys for Plaintiff Chevron Corporation*



FILED
2013 FEB 26 A 10: 09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN DONZIGER, *et al.*,<br><br>　　　　Defendants. | Case No. CV 13-80038-MISC<br><br>**PROOF OF SERVICE** |

Gibson, Dunn &
Crutcher LLP

PROOF OF SERVICE

## PROOF OF SERVICE

I, Aimee M. Halbert, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State. On February 25, 2013, I served the following document(s):

✓ **CHEVRON CORPORATION'S MOTION TO ENFORCE AMAZON WATCH SUBPOENA TO PRODUCE DOCUMENTS**

✓ **DECLARATION OF ENRIQUE A. MONAGAS ON BEHALF OF CHEVRON CORPORATION IN SUPPORT OF CHEVRON'S MOTION TO ENFORCE AMAZON WATCH SUBPOENA TO PRODUCE DOCUMENTS, MOTION TO TRANSFER, AND MOTION TO SHORTEN TIME, AND SUPPORTING EXHIBITS**

✓ **[PROPOSED] ORDER GRANTING CHEVRON CORPORATION'S MOTION TO ENFORCE AMAZON WATCH SUBPOENA TO PRODUCE DOCUMENTS**

✓ **CHEVRON CORPORATION'S DISCLOSURE STATEMENT**

✓ **CHEVRON CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

✓ **CHEVRON CORPORATION'S MOTION TO TRANSFER CHEVRON'S MOTION TO ENFORCE AMAZON WATCH SUBPOENA TO PRODUCE DOCUMENTS**

✓ **[PROPOSED] ORDER GRANTING CHEVRON CORPORATION'S MOTION TO TRANSFER CHEVRON'S MOTION TO ENFORCE AMAZON WATCH SUBPOENA TO PRODUCE DOCUMENTS**

✓ **CHEVRON CORPORATION'S MOTION TO SHORTEN TIME FOR BRIEFING OF CHEVRON'S MOTION TO TRANSFER MOTION TO ENFORCE AMAZON WATCH SUBPOENA TO PRODUCE DOCUMENTS**

✓ **DECLARATION OF ETHAN D. DETTMER ON BEHALF OF CHEVRON CORPORATION IN SUPPORT OF CHEVRON'S MOTION TO SHORTEN TIME**

✓ **[PROPOSED] ORDER GRANTING CHEVRON CORPORATION'S MOTION TO SHORTEN TIME FOR BRIEFING OF CHEVRON'S MOTION TO TRANSFER MOTION TO ENFORCE AMAZON WATCH SUBPOENA TO PRODUCE DOCUMENTS**

on the parties stated below, by the following means of service:

Gibson, Dunn & Crutcher LLP

Marco Simons
  marco@earthrights.org
Richard Herz
  rick@earthrights.org
Michelle Harrison
  michelle@earthrights.org
Marissa Vahlsing
  marissa@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street, N.W., Suite 401
Washington, D.C. 20006

☑ **BY ELECTRONIC SERVICE**: On the above-mentioned date, pursuant to an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses as shown above.

☑ **BY OVERNIGHT DELIVERY**: On the above-mentioned date, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the address shown above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

☐ **(STATE)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2013.

_____
Aimee M. Halbert

Gibson, Dunn & Crutcher LLP

PROOF OF SERVICE