ETHAN DETTMER, SBN 196046
  edettmer@gibsondunn.com
ENRIQUE A. MONAGAS, SBN 239087
  emonagas@gibsondunn.com
AIMEE M. HALBERT, SBN 279144
  ahalbert@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

*Attorneys for Plaintiff Chevron Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>              Plaintiff,<br><br>     v.<br><br>STEVEN DONZIGER, *et al.*,<br><br>              Defendants. | Case No. CV 13-80038-MISC<br><br>**ORDER GRANTING CHEVRON CORPORATION'S MOTION TO SHORTEN TIME FOR BRIEFING OF CHEVRON'S MOTION TO TRANSFER MOTION TO ENFORCE AMAZON WATCH SUBPOENA TO PRODUCE DOCUMENTS** |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING CHEVRON CORPORATION'S MOTION TO SHORTEN TIME RE CHEVRON'S MOTION TO TRANSFER MOTION TO ENFORCE AMAZON WATCH SUBPOENA

On February 25, 2013, Chevron Corporation ("Chevron") filed a Motion to Shorten Time for Briefing of Chevron's Motion to Transfer Motion to Enforce Amazon Watch Subpoena to Produce Documents (the "Motion").  Having considered the evidence, arguments, and law presented, and good cause appearing, the Court hereby GRANTS the Motion.

Accordingly, it is ORDERED that the deadline for Amazon Watch to respond to the Motion to Transfer is Tuesday, March 5, 2013, with Chevron's reply due on Wednesday, March 6, 2013, and a hearing to be held on Friday, March 8, 2013.

IT IS SO ORDERED.

DATED:   March 1, 2013



Judge Charles R. Breyer