IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN DONZIGER,<br><br>    Defendant.<br>_____/ | No. C 13-80038-MISC<br><br>**ORDER VACATING HEARING** |

This is a subpoena enforcement action. At issue is a subpoena issued out of the Northern District of California by Plaintiff Chevron to Third Party Amazon Watch. See Motion to Transfer (dkt. 18) at 3. Chevron seeks to transfer its Motion to Enforce the subpoena to Judge Lewis A. Kaplan of the Southern District of New York, as Judge Kaplan is presiding over the underlying case to which the subpoena relates. See generally id. This Court recently granted Chevron's Motion to Shorten Time for Briefing of Chevron's Motion to Transfer (dkt. 20), setting a hearing on the Motion to Transfer for March 8, 2013 in light of Chevron's representations that the subpoena sought materials relevant to upcoming depositions in the underlying case. See Order Granting Motion to Shorten Time (dkt. 25).

Amazon Watch has now filed a Motion for Leave to File a Motion for Reconsideration of that Order (dkt. 30), arguing, among other things, that its counsel is

unavailable to attend a hearing on March 8, 2013.[1]  As explained below, the Court DENIES AS MOOT the Motion for Leave to File a Motion for Reconsideration and VACATES the March 8, 2013 hearing pursuant to Civil Local Rule 7-1(b).  The parties are to maintain the briefing schedule as to the Motion to Transfer that is set forth in the Court's Order Granting Motion to Shorten Time.

**IT IS SO ORDERED.**

Dated: March 5, 2013

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

---

[1] The Court cannot read the electronically filed version of Amazon Watch's Objections to Motion to Shorten Time (dkt. 26) but has now received and reviewed a chambers copy of that document.

G:\CRBALL\2013\80038\order re hearing on transfer.wpd         2