ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
ENRIQUE A. MONAGAS, SBN 239087
emonagas@gibsondunn.com
AIMEE M. HALBERT, SBN 279144
ahalbert@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, California 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Plaintiff Chevron Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>    Plaintiff,<br><br> v.<br><br>STEVEN DONZIGER, *et al.*,<br><br>    Defendants. | Case No. 3:13-mc-80038-CRB<br><br>**DECLARATION OF AIMEE HALBERT ON BEHALF OF CHEVRON CORPORATION IN SUPPORT OF ITS OPPOSITION TO AMAZON WATCH'S MOTION TO QUASH AND/OR MODIFY SUBPOENA TO PRODUCE DOCUMENTS** |

Gibson, Dunn &
Crutcher LLP

I, Aimee M. Halbert, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a member of the Bar of this Court. I am a member of the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Chevron Corporation ("Chevron") in this matter and in the underlying litigation, *Chevron Corporation v. Steven Donziger, et al.*, No. 11-cv-00691 (LAK), pending before the Honorable Lewis A. Kaplan in the United States District Court for the Southern District of New York ("S.D.N.Y. Dkt."). I make this declaration based on personal knowledge in support of Chevron's Opposition to Amazon Watch's Motion to Quash and/or Modify Subpoena to Produce Documents. If called as a witness, I could and would testify as stated herein.

2. Attached hereto as **Exhibit 1** are true and correct copies of the following:

   a. A certified transcription and translation of CRS-034-03-CLIP 02, a video file shot on March 9, 2006;

   b. A certified transcription of CRS-059-00-CLIP 01, an undated video file;

   c. A certified transcription of CRS-136-00-CLIP 02, a video file shot on December 6, 2006;

   d. A certified transcription of CRS-137-03-CLIP 01, a video file shot on December 6, 2006;

   e. A certified transcription of CRS-138-02-CLIP 01, a video file shot on December 6, 2006;

   f. A certified transcription and translation of CRS-138-02-CLIP 02, a video file shot on December 6, 2006;

   g. A certified transcription of CRS-167-02-CLIP 01, a video file shot on December 6, 2006;

   h. A certified transcription of CRS-170-00-CLIP 06, a video file shot on January 31, 2007;

   i. A certified transcription and translation of CRS-189-00-CLIP 02, a video file shot on March 3, 2007;

   j. A certified transcription of CRS-476-00-CLIP 02, an undated video file; and

      k.  A certified transcription and translation of CRS-170-00-CLIP 00, a video file shot on January 31, 2007.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the personal notes of Steven Donziger ("Donziger"), produced by Donziger in the underlying litigation and bearing the Bates number DONZ00027256.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a July 26, 2006 e-mail from J. Mutti to Donziger, attaching a document titled "FCPA[1].DOJ-SEC_letter (revised).3", produced by Donziger in the underlying litigation and bearing the Bates numbers DONZ00023182-83.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a Joint Report by Plaintiff Chevron Corporation, Donziger Defendants, and Hugo Gerardo Camacho Naranjo and Javier Piaguaje Payaguaje Regarding Scope of Discovery in Relation to "Sham" Litigation Allegations, filed on January 3, 2013 in the underlying litigation, S.D.N.Y. Dkt. 704.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Judge Kaplan's Order regarding "Sham" Allegations, entered on January 8, 2013 in the underlying litigation, S.D.N.Y. Dkt. 720.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an April 2, 2009 e-mail from L. Francisco to Donziger, produced by Donziger in the underlying litigation and bearing the Bates number DONZ00050426, and a certified English translation thereof.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a document titled "Basic Budget For Operating The Office In 2009", produced by Donziger in the underlying litigation and bearing the Bates number DONZ00050536, and a certified English translation thereof.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a May 15, 2009 e-mail from L. Francisco to Donziger, copying L. Yanza, produced by Donziger in the underlying litigation and bearing the Bates number DONZ00051081, and a certified English translation thereof.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a September 17, 2007 e-mail from toxico@ecuanex.net.ec to Donziger, produced by Donziger in the underlying litigation and bearing the Bates number DONZ-HDD-0125950, and a certified English translation thereof.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a September 12, 2007 e-

mail from L. Yanza to Donziger, copying pafam@ecuanex.net.ec, produced by Donziger in the underlying litigation and bearing the Bates number DONZ-HDD-0125080, and a certified English translation thereof.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a June 15, 2010 e-mail from Donziger to L. Garr, attaching a document titled "NEWARK-#99041-v1-INVICTUS_Ecuadorian_Submission_Re_Cabrera_Report_6-15-10.DOC", produced by Donziger in the underlying litigation and bearing the Bates numbers DONZ00031369-70.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the Declaration of Gerald R. McMenamin, dated June 30, 2011 and filed in the underlying litigation.

14. Attached hereto as **Exhibit 13** is a true and correct copy of an undated draft memorandum, recovered from a hard drive produced by Donziger in the underlying litigation and bearing the Bates numbers DONZ-HDD-0008190-93.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a Supplemental Report purportedly written by Richard Stalin Cabrera Vega, filed in the Lago Agrio litigation on November 17, 2008, and a certified English translation thereof.

16. Attached hereto as **Exhibit 15** is a true and correct copy of an untitled document, shown to have been authored by D. Page and last modified on February 5, 2006, produced by Donziger in the underlying litigation and bearing the Bates number DONZ00121048.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a March 30, 2010 e-mail from J. Prieto to Donziger, J. Pasaenz, L. Yanza, and P. Fajardo, produced by Donziger in the underlying litigation and bearing the Bates number DONZ00055225, and a certified translation thereof.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a May 25, 2010 e-mail from Donziger to A. Woods, attaching a document titled "Ecuador-Ecuador. AW Notes re Ecuadorian submission (00051591-2).DOC", produced by Donziger in the underlying litigation and bearing the Bates numbers DONZ00067932-33.

19. Attached hereto as **Exhibit 18** is a true and correct copy of a June 7, 2010 e-mail from J. Abady to E. Westenberger, I. Maazel, A. Wilson, Donziger, E. Daleo, and E. Yennock, attaching a

document titled "JSA Edited Filing for Ecuador (00052675).DOC", produced by Donziger in the underlying litigation and bearing the Bates numbers DONZ00040168-76.

20. Attached hereto as **Exhibit 19** is a true and correct copy of a May 20, 2010 e-mail from E. Westenberger to A. Wilson, Donziger, I. Maazel, J. Abady, E. Daleo, and E. Yennock, produced by Donziger in the underlying litigation and bearing the Bates number DONZ00127753.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a June 15, 2010 e-mail from Donziger to J. Abady, A. Wilson, and J. Rockwell, copying E. Westenberger, I. Maazel, A. Celli, J. Tyrrell, E. Daleo, E. Yennock, I. Moll, and B. Narwold, produced by Donziger in the underlying litigation and bearing the Bates number DONZ00031368.

22. Attached hereto as **Exhibit 21** is a true and correct copy of Amazon Watch's 2002 Form 990 Return of Organization Exempt from Income Tax.

23. Attached hereto as **Exhibit 22** is a true and correct copy of Amazon Watch's 2004 Form 990 Return of Organization Exempt from Income Tax.

24. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts from the videotaped deposition of Donziger, dated December 1, 2010, January 18, 2011, and July 19, 2011.

25. Attached hereto as **Exhibit 24** is a redacted version of the Declaration of Alberto Guerra Bastidas, former Presiding Judge of the Provincial Court of Sucumbíos, Ecuador, dated November 17, 2012, with supporting attachments K-N, and a certified English translation thereof, which was filed in the underlying litigation, S.D.N.Y. Dkt. 746-3.

26. Attached hereto as **Exhibit 25** is a true and correct copy of a June 27, 2011 expert report prepared by Robert A. Leonard, PhD.

27. Attached hereto as **Exhibit 26** is a true and correct copy of a June 10, 2011 expert report prepared by Michael L. Younger.

28. Attached hereto as **Exhibit 27** is a true and correct copy of a May 28, 2010 e-mail from J. Saenz to J. Abady and Donziger, attaching a document titled "Outline.20100306.doc", produced by Donziger in the underlying litigation and bearing the Bates numbers DONZ00040899-900.

29. Attached hereto as **Exhibit 28** is a true and correct copy of a February 25, 2010 e-mail

from A. Page to Donziger, produced by Donziger in the underlying litigation and bearing the Bates number DONZ00054367.

30. Attached hereto as **Exhibit 29** is a true and correct copy of Judge Kaplan's Trial Order, entered on October 25, 2012 in the underlying litigation, S.D.N.Y. Dkt. 606.

31. Attached hereto as **Exhibit 30** is a true and correct copy of a June 26, 2008 e-mail from D. Beltman to M. Anderson and K. Koenig, produced by Stratus in the underlying litigation and bearing the Bates number STRATUS-SDNY-0244227.

32. Attached hereto as **Exhibit 31** is a true and correct copy of an October 3, 2006 e-mail from Donziger to J. Mutti, produced by Donziger in the underlying litigation and bearing the Bates numbers DONZ-HDD-0088128-29.

33. Attached hereto as **Exhibit 32** is a true and correct copy of a July 24, 2006 e-mail from Donziger to J. DeLury Ciplet and copying S. Tegel and L. Salazar-Lopez, produced by Donziger in the underlying litigation and bearing the Bates number DONZ-HDD-0082085.

34. Attached hereto as **Exhibit 33** is a true and correct copy of an August 25, 2007 e-mail from J. Kohn to Donziger, produced by Donziger in the underlying litigation and bearing the Bates numbers DONZ-HDD-0122542-44.

35. Attached hereto as **Exhibit 34** is a true and correct copy of an April 3, 2008 press release issued by the Amazon Defense Coalition, titled "Chevron Accused of Lying To Shareholders Over $16 Billion Damages Claim In Ecuador Rainforest Case By Amazon Defense Coalition," *available at* http://chevrontoxico.com/news-and-multimedia/2008/04032-chevron-accused-of-lying-to-shareholders-over-16-billion-damages (last visited Mar. 11, 2013).

36. Attached hereto as **Exhibit 35** is a true and correct copy of an August 29, 2006 e-mail from Donziger to L. Salazar-Lopez, copying J. DeLury Ciplet, S. Tegel, and A. Soltani, produced by Donziger in the underlying litigation and bearing the Bates number DONZ00023399.

37. Attached hereto as **Exhibit 36** is a true and correct copy of a December 17, 2009 letter from A. Soltani to then-incoming Chief Executive Officer John Watson, *available at* http://chevrontoxico.com/news-and-multimedia/2009/1217-letter-from-atossa-soltani-to-new-chevron-ceo-john-watson (last visited Mar. 11, 2013).

38. Attached hereto as **Exhibit 37** is a true and correct copy of a February 21, 2013 e-mail from Ethan Dettmer to Marco Simons, copying me, Rick Herz, Michelle Harrison, Marissa Vahlsing, and Enrique Monagas.

39. Attached hereto as **Exhibit 38** is a true and correct copy of a February 22, 2013 e-mail from Marco Simons to Ethan Dettmer, copying me, Rick Herz, Michelle Harrison, Marissa Vahlsing, and Enrique Monagas.

40. Attached hereto as **Exhibit 39** is a true and correct copy of a January 7, 2013 e-mail from Ethan Dettmer to Rick Herz, copying me and Enrique Monagas.

41. Attached hereto as **Exhibit 40** is a true and correct copy of a March 8, 2013 letter from Rick Herz to Ethan Dettmer.

42. Attached hereto as **Exhibit 41** is a true and correct copy of a December 24, 2012 article by Paul Paz y Miño titled "Served by Chevron, and It Just Warms Us Up", *available at* http://amazonwatch.org/news/2012/1224-served-by-chevron-and-it-just-warms-us-up (last visited Mar. 11, 2013).

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 11, 2013, in San Francisco, California.

*/s/ Aimee M. Halbert*
Aimee M. Halbert

### ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained concurrence in the filing of this Declaration from the signatory listed above.

By: *  /s/ Ethan D. Dettmer*
Ethan D. Dettmer