Marco Simons (SBN 237314)
marco@earthrights.org
Richard L. Herz [admitted *pro hac vice*]
rick@earthrights.org
Michelle C. Harrison
michelle@earthrights.org
Marissa A. Vahlsing
marissa@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188

Jose Luis Fuentes
jlf@siegelyee.com
Siegel & Yee
499 14th Street Ste 300
Oakland, CA 94612
Tele: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Non-Party Amazon Watch

**UNITED STATES DISTRICT COURT**

**FOR THE NOTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHEVRON CORP., | Case No. C 13-80038-MISC CRB |
| Plaintiff, | **[PROPOSED] ORDER DENYING CHEVRON'S MOTION TO ENFORCE AMAZON WATCH SUBPOENA TO PRODUCE DOCUMENTS** |
| v. | |
| STEVEN DONZIGER, *et al.* | |
| Defendants. | |

1   On February 25, 2013, Chevron Corporation ("Chevron") filed a Motion to Enforce Amazon
2   Watch's subpoena to produce documents (the "Motion"). Having considered the evidence, arguments,
3   and law presented, and good cause not appearing, the Court hereby DENIES the Motion.
4
5   IT IS SO ORDERED.
6
7   Dated: _____                    By: _____
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
Case No. C 13-80038-   [PROPOSED] ORDER DENYING CHEVRON'S MOTION TO
MISC CRB              ENFORCE AMAZON WATCH'S SUBPOENA TO PRODUCE DOCUMENTS