Marco Simons (SBN 237314)
marco@earthrights.org
Richard L. Herz
rick@earthrights.org
Michelle C. Harrison
michelle@earthrights.org
Marissa A. Vahlsing
marissa@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188

Jose Luis Fuentes
jlf@siegelyee.com
SIEGEL & YEE
499 14th Street Ste 300
Oakland, CA 94612
Telephone: (510) 839-1200

Attorneys for Non-Party Amazon Watch

# UNITED STATES DISTRICT COURT

# FOR THE NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON CORP., | Case No. 13-80038-MISC CRB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING NON-PARTIES AMAZON WATCH AND ATOSSA SOLTANI'S MOTION TO QUASH AND/OR MODIFY DEPOSITION SUBPOENAS** |
| v. | |
| STEVEN DONZIGER, *et al.* | |
| Defendants. | |

Case No. 13-80038-CRB [PROPOSED] ORDER GRANTING MOTION TO QUASH AND/OR MODIFY DEPOSITION SUBPOENAS

Non-party Amazon Watch's Motion to Quash and/or Modify Deposition Subpoenas was heard before this Court on April 26, 2013. Having considered the papers and oral argument, the Court hereby orders as follows:

___ Amazon Watch's motion to quash is GRANTED in its entirety. The deposition subpoenas of Amazon Watch and Atossa Soltani shall not be enforced.

[In the alternative:]

___ Amazon Watch's motion to modify the subpoenas are GRANTED as follows:

___ The First Amendment privilege shall apply to limit questions concerning internal Amazon Watch communications, and confidential communications with other campaign partners, concerning campaign strategies and tactics.

___ The burden on Amazon Watch of responding to the subpoena shall be reduced by limiting the necessary preparation time for the Rule 30(b)(6) subpoena to no more than eight hours. Chevron may identify the topics and/or documents to prioritize in preparation. The burden shall be further reduced by limiting Chevron to one seven-hour deposition of Ms. Soltani in both her individual and Rule 30(b)(6) capacity. [In the alternative: The burden shall be further reduced by requiring that both the individual and Rule 30(b)(6) depositions of Ms. Soltani be taken on successive days.]

___ Questions concerning confidential business information, including all information concerning Amazon Watch's finances and donations, shall not be permitted.

___ Questions that go to the substance of attorney-client communications shall not be permitted.

___ Chevron Corporation shall reimburse Amazon Watch and Ms. Soltani for the reasonable costs of preparing for and attending the depositions.

___ All testimony given by Amazon Watch and Ms. Soltani shall be subject to a protective order that limits disclosure to Chevron Corporation's outside counsel, unless and until the testimony is needed to be introduced as relevant evidence in the underlying action. The parties shall

meet and confer on the details of such a protective order and submit a proposed order to the Court within 30 days.

IT IS SO ORDERED.

Dated: _____     By:_____

Case No. 13-80038-CRB

2

[PROPOSED] ORDER GRANTING MOTION TO QUASH AND/OR MODIFY DEPOSITION SUBPOENAS