Marco Simons (SBN 237314)
marco@earthrights.org
Richard L. Herz
rick@earthrights.org
Michelle C. Harrison
michelle@earthrights.org
Marissa A. Vahlsing
marissa@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC 20006
Telephone: (202) 466-5188

Jose Luis Fuentes
jlf@siegelyee.com
Siegel & Yee
499 14th Street Ste 300
Oakland, CA 94612
Tele: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Non-Party Amazon Watch

**UNITED STATES DISTRICT COURT**

**FOR THE NOTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHEVRON CORP., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN DONZIGER, *et al.* <br><br> Defendants. | Case No. Case No. C 13-80038-MISC CRB (NMC) <br><br> **ORDER DENYING CHEVRON'S MOTION TO TRANSFER** |

Case No. C 13-80038-MISC CRB (NMC)   [PROPOSED] ORDER DENYING CHEVRON'S MOTION TO TRANSFER

On February 25, 2013, Chevron Corporation ("Chevron") filed a Motion to Transfer Chevron's Motion to Enforce Amazon Watch Subpoena to Produce Documents (the "Motion"). Having considered the evidence, arguments, and law presented, and good cause not appearing, the Court hereby DENIES the Motion.

Accordingly, it is ORDERED that Chevron's Motion to Enforce Amazon Watch Subpoena to Produce Documents, as well as all other related discovery matters arising from Chevron's document and deposition subpoenas to Amazon Watch, remain in the Northern District of California with a referral for consideration by the Honorable Magistrate Judge Nathanael Cousins.

.

IT IS SO ORDERED.

Dated: March 13, 2013              By:_____



Case No. C 13-80038-MISC CRB (NMC)

[PROPOSED] ORDER GRANTING MOTION TO QUASH AND/OR MODIFY SUBPOENA

1