UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

# CIVIL MOTION MINUTES

Date:       April 3, 2013

Case No:    3:13-mc-80038 CRB (NC)

Case name:  Chevron Corporation v. Steven Donziger

Counsel for Plaintiff:    Ethan Dettmer, Enrique Monagas, Aimee Halbert

Counsel for Non-party Amazon Watch:   Richard Herz, Michelle Harrison, Jose Luis Fuentes


Deputy Clerk:     Lili M. Harrell            Court Reporter: JoAnn Bryce
                                             (Time: 46 min)


**PROCEEDINGS:**                                                **RULINGS:**

- Amazon Watch's Motion to enlarge time [1]                     Granted
- Amazon Watch's Motion to quash and/or modify                  Granted
   subpoena [3]
- Chevron Corporation's Motion to enforce Amazon Watch          Denied
   subpoena to produce documents [13]
- Amazon Watch's Motion to quash deposition                     Granted
   subpoena [44]
- Chevron Corporation's Motion to strike [55]                   Denied


**ORDER:**


Order to be prepared by:  [ ]  Plaintiff  [ ]  Defendant  [X]  Court

Case continued to:

Notes:

cc: